## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## DELTA DIVISION

**TOMMY RADFORD**                                                              **PLAINTIFF**
*ADC #089900*

**v.**                         **CASE NO. 2:24-CV-00025-BSM**

**T. WESTBROOK,** *et al.*                                             **DEFENDANTS**

### ORDER

After careful review of the record, United States Magistrate Judge Joe J. Volpe's partial recommended disposition [Doc. No. 4] is adopted.  Tommy Radford is allowed to proceed with his conditions of confinement claim against defendant T. Westbrook in her personal capacity only.  All other claims in the complaint, *see* Doc. No. 2, are dismissed without prejudice for failure to state a claim upon which relief may be granted, and defendant Moses Jackson is dismissed without prejudice because Radford has not pled a plausible claim against him.  It is certified, pursuant to 28 United States Code section 1915(a)(3), that an *in forma pauperis* appeal from this order would not be taken in good faith.

IT IS SO ORDERED this 15th day of March, 2024.


_____
UNITED STATES DISTRICT JUDGE