IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**TOMMY RADFORD**  PLAINTIFF
*ADC #089900*

v.   CASE NO. 2:24-CV-00025-BSM

**TIANTHA WESTBROOK**
*Sergeant, East Arkansas*
*Regional Unit, ADC*  DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 7th day of November, 2024.

_____
UNITED STATES DISTRICT JUDGE